PJS:WAB:caz

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 1:14-CR- |
| | ) (Judge Caldwell) |
| v. | ) |
| | ) |
| | ) |
| MICHAEL PUGLISSE | ) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT I

(18 U.S.C. § 371 – Conspiracy to Commit an
Offense Against the United States)

From on or about the beginning of October 2013, up to and including May 21, 2014, in the Middle District of Pennsylvania and elsewhere, the defendant,

**MICHAEL PUGLIESE,**

did knowingly combine, conspire, confederate and agree with Steven Sheely, Sr., Steven Sheely, Jr., John McDonald, Brian Fertenbaugh, Bret Hagar, and Roger Charles Vanselow, II, with each other, and with persons known and unknown to

the United States, to conduct, finance, manage, supervise, direct and own all or part of an illegal gambling business involving bookmaking, which gambling business was operated in violation of the laws of the Commonwealth of Pennsylvania, that is, 18 Pa.C.S. § 5514 (bookmaking), and which involved five or more persons who conducted, financed, managed, supervised, directed and owned all or part of said illegal gambling business and which remained in substantially continuous operation for a period in excess of thirty days, and one or more persons did any act and acts to further the objects of the conspiracy. Overt acts committed by the defendant in furtherance of this conspiracy include, among other things, accepting wagers on sporting events from bettors in person and over the telephone on behalf of and as part of the Sheely illegal gambling business.

All in violation of Title 18, United States Code, Section 371.

/s/ Peter J. Smith / WQS
PETER J. SMITH
UNITED STATES ATTORNEY

DATE: 10-31-14