IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL NO. 1:14-CR-0281-01

v.

MICHAEL PUGLISSE

FILED
HARRISBURG, PA
NOV 19 2014

P L E A

AND NOW, this 19th day of November, 2014, the defendant, MICHAEL PUGLISSE, hereby pleads Guilty to the charges as set forth in the 1-Count Information.

_____
(Signature of Defendant)

_____
(Signature of Counsel)